# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:23CR095 |
| Plaintiff, | : | |
| | : | JUDGE SARA LIOI |
| vs. | : | |
| TRINO ALEXANDER BRICENO-MATHEUS, | : | **DEFENDANT TRINO ALEXANDER BRICENO-MATHEUS NOTICE OF JOINDER** |
| Defendant. | : | |

Trino Alexander Briceno-Matheus, through counsel hereby gives Notice of Joinder to Defendant Cameron Harris's Motion to Continue Plea Deadline, Final Pretrial and Trial Dates (R. 57).  Defense counsel has discussed with Mr. Briceno-Matheus his rights to a speedy trial, and knowing these rights, Mr. Briceno-Matheus agrees to a continuance. The ends of justice served by granting this motion outweigh the best interests of Mr. Briceno-Matheus and the public in a speedy trial.   See 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Darin Thompson*
DARIN THOMPSON
Assistant Federal Public Defender
Ohio Bar: 0067093
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: darin_thompson@fd.org